Argued March 21, decided April 2, 1912.

**SALANDER v. JUDY.**

[122 Pac. 1135.]

From Douglas: JOHN S. COKE, Judge.

Statement by MR. JUSTICE BEAN.

This is an action by S. C. Salander against Calvin Judy, for the possession of real property.

Plaintiff alleges ownership in fee simple and the right to the possession of the following described property:

The S. E. ¼ of the N. W. ¼, the N. ½ of the S. W. ¼, and the S. E. ¼ of the S. W. ¼ of section 24 in

township 23 S., of range 10 W., W. M., containing 160 acres, in Douglas County, State of Oregon.

Defendant, by his answer, denies the allegations of the complaint, and pleads that he is the owner in fee simple and entitled to the possession of the land.

The reply puts in issue the affirmative allegations of the answer. From a judgment in favor of defendant, plaintiff appeals.                    REVERSED.

For appellant there was a brief and oral arguments by *Mr. John T. Long* and *Mr. Charles L. Hamilton.*

No appearance is entered or brief filed by respondent.

MR. JUSTICE BEAN delivered the opinion of the court.

Considering this case under the provisions of Section 3, Article VII, Constitution of Oregon, as amended November 8, 1910, we are of the opinion, after a careful examination of all the evidence and matters submitted in this cause, that a judgment in favor of plaintiff should have been entered in the court below. The judgment of the lower court will therefore be reversed, and the cause remanded, with direction for the circuit court to enter a judgment in favor of plaintiff, as upon the verdict of a jury, that she is owner in fee simple and entitled to the possession of the land described in the complaint.                    REVERSED.